UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROSS, SINCLAIRE & ASSOCIATES, LLC,

    Plaintiff,

    v.

PREMIER SENIOR LIVING, LLC, et al.,

    Defendants.
_____/

No. C 11-5104 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of plaintiff's motion for leave to conduct expedited discovery, and for all further discovery. Any date for hearing on discovery motions previously noticed on the undersigned's calendar is VACATED.

The parties shall contact the courtroom clerk of the assigned magistrate judge about that judge's procedures for resolving discovery disputes. The information may also be available on the court's website.

IT IS SO ORDERED.

Dated: November 15, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Lili, Assigned M/J, counsel of record