**BRYAN CAVE LLP**
James Goldberg, Cal. Bar No. 107990
Kenneth Lee Marshall, Cal. Bar No. 277092
Mary Gassmann Reichert (pro hac vice)
Bahareh Mostajelean, Cal. Bar No. 258903
2 Embarcadero Center, Suite 1410
San Francisco, California  94111
Telephone:    (415) 675-3400
Facsimile:     (415) 675-3434
E-mail:         jim.goldberg@bryancave.com
                   lee.marshall@bryancave.com
                   bahareh.mostajelean@bryancave.com

Attorneys for Plaintiff
ROSS, SINCLAIRE & ASSOCIATES, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS, SINCLAIRE & ASSOCIATES, LLC, | Case No. 3:11-cv-05104-PJH-NJV |
| Plaintiffs, | Honorable Phyllis J. Hamilton<br>Magistrate Nandor J. Vadas |
| vs. | **STIPULATED DISCOVERY SCHEDULE; [PROPOSED] ORDER SETTING DISCOVERY SCHEDULE** |
| PREMIER SENIOR LIVING, LLC; PREMIER SENIOR LIVING DELAWARE, LLC; 5690 STATE BRIDGE, LLC; 8700 LAWYERS, LLC; 460 MEDLOCK, LLC; 6441 HOLDER, LLC; 2147 DAVIE, LLC; 915 HOOK, LLC; 5835 MEDLOCK BRIDGES, LLC; 1049 ANNA KNAPP, LLC; and 1224 VILLAGE CREEK, LLC, | Complaint Filed: October 18, 2011<br>Trial Date: Not Assigned |
| Defendants. | |

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CALIFORNIA 94111

C043495/0327670/3776806.1

**STIPULATED DISCOVERY SCHEDULE**

Pursuant to this Court's December 22, 2011 Order granting Plaintiff's Motion for Expedited Discovery, Plaintiff Ross, Sinclaire & Associates, LLC ("RSA") and Defendants Premier Senior Living, LLC; Premier Senior Living Delaware, LLC; 5690 State Bridge, LLC; 8700 Lawyers, LLC; 460 Medlock, LLC; 6441 Holder, LLC; 2147 Davie, LLC; 915 Hook, LLC; 5835 Medlock Bridges, LLC; 1049 Anna Knapp, LLC; and 1224 Village Creek, LLC (collectively, "Defendants"), submit this stipulated discovery schedule:

- **January 10, 2012**: Last day to propound written discovery
- **February 3, 2012**: Last day to respond to written discovery
- **February 13 – March 9, 2012**: All depositions completed
- **March 30, 2012**: Last day to file Motion to Compel Arbitration and Motion for Preliminary Injunction
- **April 13, 2012**: Last day to file Oppositions to Motion to Compel Arbitration and Motion for Preliminary Injunction
- **April 23, 2012**: Last day to file Replies in support of Motion to Compel Arbitration and Motion for Preliminary Injunction
- **May 4, 2012**: Approximate date for Hearings on Motion to Compel Arbitration and Motion for Preliminary Injunction

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CALIFORNIA 94111

C043495/0327670/3776806.1

STIPULATED DISCOVERY SCHEDULE; CASE No. 3:11-cv-05104-PJH-NJV

The parties respectfully request this Court order the discovery schedule as set forth above.

Respectfully submitted,

Dated:  January 4, 2012

**BRYAN CAVE LLP**
James Goldberg
Kenneth Lee Marshall
Mary Gassmann Reichert
Bahareh Mostajelean

By:   /s/ Bahareh Mostajelean
           Bahareh Mostajelean
Attorneys for Plaintiff
ROSS, SINCLAIRE & ASSOCIATES, LLC

Dated:  January 4, 2012

**SHEPHERD SMITH EDWARDS & KANTAS, LLP**

By:   /s/ Samuel B. Edwards
           Samuel B. Edwards
Attorneys for Defendants
PREMIER SENIOR LIVING, LLC; PREMIER
SENIOR LIVING DELAWARE, LLC; 5690 STATE
BRIDGE, LLC; 8700 LAWYERS, LLC; 460
MEDLOCK, LLC; 6441 HOLDER, LLC; 2147
DAVIE, LLC; 915 HOOK, LLC; 5835 MEDLOCK
BRIDGES, LLC; 1049 ANNA KNAPP, LLC; and
1224 VILLAGE CREEK, LLC

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CALIFORNIA 94111

3

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CALIFORNIA 94111

1   [~~PROPOSED~~] ORDER SETTING DISCOVERY SCHEDULE

2   **FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that the Stipulated

3   Discovery Schedule of Plaintiff Ross, Sinclaire & Associates, Inc. ("RSA") and Defendants

4   Premier Senior Living, LLC; Premier Senior Living Delaware, LLC; 5690 State Bridge, LLC;

5   8700 Lawyers, LLC; 460 Medlock, LLC; 6441 Holder, LLC; 2147 Davie, LLC; 915 Hook, LLC;

6   5835 Medlock Bridges, LLC; 1049 Anna Knapp, LLC; and 1224 Village Creek, LLC

7   (collectively, "Defendants") is **GRANTED**.

8   **IT IS HEREBY ORDERED** that Discovery may proceed according to the following

9   schedule:

10  - **January 10, 2012**: Last day to propound written discovery

11  - **February 3, 2012**: Last day to respond to written discovery

12  - **February 13 – March 9, 2012**: All depositions completed

13  - **March 30, 2012**: Last day to file Motion to Compel Arbitration and Motion for

14  Preliminary Injunction

15  - **April 13, 2012**: Last day to file Oppositions to Motion to Compel Arbitration

16  and Motion for Preliminary Injunction

17  - **April 23, 2012**: Last day to file Replies in support of Motion to Compel

18  Arbitration and Motion for Preliminary Injunction

19  - **May 4, 2012**: Approximate date for Hearings on Motion to Compel Arbitration

20  and Motion for Preliminary Injunction

21  **IT IS SO ORDERED.**

22

23

24  Dated:   January 4, 2012

25  _____
    NANDOR J. VADAS
    United States Magistrate Judge

26

27

28