**BRYAN CAVE LLP**
James Goldberg, Cal. Bar No. 107990
Kenneth Lee Marshall, Cal. Bar No. 277092
Mary Gassmann Reichert (pro hac vice)
Bahareh Mostajelean, Cal. Bar No. 258903
2 Embarcadero Center, Suite 1410
San Francisco, California 94111
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
E-mail: jim.goldberg@bryancave.com
lee.marshall@bryancave.com
bahareh.mostajelean@bryancave.com

Attorneys for Plaintiff
ROSS, SINCLAIRE & ASSOCIATES, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ROSS, SINCLAIRE & ASSOCIATES, LLC,

Plaintiffs,

vs.

PREMIER SENIOR LIVING, LLC; PREMIER SENIOR LIVING DELAWARE, LLC; 5690 STATE BRIDGE, LLC; 8700 LAWYERS, LLC; 460 MEDLOCK, LLC; 6441 HOLDER, LLC; 2147 DAVIE, LLC; 915 HOOK, LLC; 5835 MEDLOCK BRIDGES, LLC; 1049 ANNA KNAPP, LLC; and 1224 VILLAGE CREEK, LLC,

Defendants.

Case No. 3:11-cv-05104-PJH-NJV

Honorable Phyllis J. Hamilton
Magistrate Nandor J. Vadas

**STIPULATED DISCOVERY SCHEDULE; ~~[PROPOSED]~~ ORDER SETTING DISCOVERY SCHEDULE**

Complaint Filed: October 18, 2011
Trial Date: Not Assigned

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CALIFORNIA 94111

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CALIFORNIA 94111

**STIPULATED DISCOVERY SCHEDULE**

Pursuant to this Court's December 22, 2011 Order granting Plaintiff's Motion for Expedited Discovery, Plaintiff Ross, Sinclaire & Associates, LLC ("RSA") and Defendants Premier Senior Living, LLC; Premier Senior Living Delaware, LLC; 5690 State Bridge, LLC; 8700 Lawyers, LLC; 460 Medlock, LLC; 6441 Holder, LLC; 2147 Davie, LLC; 915 Hook, LLC; 5835 Medlock Bridges, LLC; 1049 Anna Knapp, LLC; and 1224 Village Creek, LLC (collectively, "Defendants"), submit this stipulated discovery schedule:

- **January 10, 2012**: Last day to propound written discovery
- **February 3, 2012**: Last day to respond to written discovery
- **February 13 – March 9, 2012**: All depositions completed
- **March 30, 2012**: Last day to file Motion to Compel Arbitration and Motion for Preliminary Injunction
- **April 13, 2012**: Last day to file Oppositions to Motion to Compel Arbitration and Motion for Preliminary Injunction
- **April 23, 2012**: Last day to file Replies in support of Motion to Compel Arbitration and Motion for Preliminary Injunction
- **May 4, 2012**: Approximate date for Hearings on Motion to Compel Arbitration and Motion for Preliminary Injunction

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The parties respectfully request this Court order the discovery schedule as set forth above.

Respectfully submitted,

Dated: January 4, 2012

**BRYAN CAVE LLP**
James Goldberg
Kenneth Lee Marshall
Mary Gassmann Reichert
Bahareh Mostajelean

By: /s/ Bahareh Mostajelean
Bahareh Mostajelean
Attorneys for Plaintiff
ROSS, SINCLAIRE & ASSOCIATES, LLC

Dated: January 4, 2012

**SHEPHERD SMITH EDWARDS & KANTAS, LLP**

By: /s/ Samuel B. Edwards
Samuel B. Edwards
Attorneys for Defendants
PREMIER SENIOR LIVING, LLC; PREMIER SENIOR LIVING DELAWARE, LLC; 5690 STATE BRIDGE, LLC; 8700 LAWYERS, LLC; 460 MEDLOCK, LLC; 6441 HOLDER, LLC; 2147 DAVIE, LLC; 915 HOOK, LLC; 5835 MEDLOCK BRIDGES, LLC; 1049 ANNA KNAPP, LLC; and 1224 VILLAGE CREEK, LLC

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CALIFORNIA 94111

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CALIFORNIA 94111

# [~~PROPOSED~~] ORDER SETTING DISCOVERY SCHEDULE

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that the Stipulated Discovery Schedule of Plaintiff Ross, Sinclaire & Associates, Inc. ("RSA") and Defendants Premier Senior Living, LLC; Premier Senior Living Delaware, LLC; 5690 State Bridge, LLC; 8700 Lawyers, LLC; 460 Medlock, LLC; 6441 Holder, LLC; 2147 Davie, LLC; 915 Hook, LLC; 5835 Medlock Bridges, LLC; 1049 Anna Knapp, LLC; and 1224 Village Creek, LLC (collectively, "Defendants") is **GRANTED**.

**IT IS HEREBY ORDERED** that Discovery may proceed according to the following schedule:

- **January 10, 2012**: Last day to propound written discovery
- **February 3, 2012**: Last day to respond to written discovery
- **February 13 – March 9, 2012**: All depositions completed
- **March 30, 2012**: Last day to file Motion to Compel Arbitration and Motion for Preliminary Injunction
- **April 13, 2012**: Last day to file Oppositions to Motion to Compel Arbitration and Motion for Preliminary Injunction
- **April 23, 2012**: Last day to file Replies in support of Motion to Compel Arbitration and Motion for Preliminary Injunction
- **May 4, 2012**: Approximate date for Hearings on Motion to Compel Arbitration and Motion for Preliminary Injunction

**IT IS SO ORDERED.**

Dated: January 4, 2012

NANDOR J. VADAS
United States Magistrate Judge