**BRYAN CAVE LLP**
James Goldberg, Cal. Bar No. 107990
Kenneth Lee Marshall, Cal. Bar No. 277092
Mary Gassmann Reichert (pro hac vice)
Bahareh Mostajelean, Cal. Bar No. 258903
333 Market Street, 25th Floor
San Francisco, California 94105
Telephone:     (415) 675-3400
Facsimile:     (415) 675-3434
E-mail:        jim.goldberg@bryancave.com
               lee.marshall@bryancave.com
               bahareh.mostajelean@bryancave.com

Attorneys for Plaintiff
ROSS, SINCLAIRE & ASSOCIATES, LLC

*Bryan Cave LLP*
*333 Market Street, 25th Floor*
*San Francisco, California 94105*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS, SINCLAIRE & ASSOCIATES, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> PREMIER SENIOR LIVING, LLC; PREMIER SENIOR LIVING DELAWARE, LLC; 5690 STATE BRIDGE, LLC; 8700 LAWYERS, LLC; 460 MEDLOCK, LLC; 6441 HOLDER, LLC; 2147 DAVIE, LLC; 915 HOOK, LLC; 5835 MEDLOCK BRIDGES, LLC; 1049 ANNA KNAPP, LLC; and 1224 VILLAGE CREEK, LLC, <br><br> Defendants. | Case No. 3:11-cv-05104-YGR-NJV <br><br> Honorable Yvonne Gonzalez Rogers <br> Magistrate Nandor J. Vadas <br><br> **STIPULATED DISCOVERY AND MOTION SCHEDULE; [PROPOSED] ORDER SETTING DISCOVERY AND MOTION SCHEDULE** <br><br> **(AS MODIFIED BY THE COURT)** <br><br> Complaint Filed: October 18, 2011 <br> Trial Date: Not Assigned |

**STIPULATED DISCOVERY AND MOTION SCHEDULE**

Pursuant to this Court's December 22, 2011 Order granting Plaintiff's Motion for Expedited Discovery, Plaintiff Ross, Sinclaire & Associates, LLC ("RSA") and Defendants Premier Senior Living, LLC; Premier Senior Living Delaware, LLC; 5690 State Bridge, LLC; 8700 Lawyers, LLC; 460 Medlock, LLC; 6441 Holder, LLC; 2147 Davie, LLC; 915 Hook, LLC; 5835 Medlock Bridges, LLC; 1049 Anna Knapp, LLC; and 1224 Village Creek, LLC (collectively, "Defendants"), submit this stipulated discovery and motion schedule:

- **February 27 – March 23, 2012**: All depositions completed
- **April 13, 2012**: Last day to file Motion to Compel Arbitration and Motion for Preliminary Injunction
- **April 27, 2012**: Last day to file Oppositions to Motion to Compel Arbitration and Motion for Preliminary Injunction
- **May 7, 2012**: Last day to file Replies in support of Motion to Compel Arbitration and Motion for Preliminary Injunction
- **May 18, 2012**: Approximate date for Hearings on Motion to Compel Arbitration and Motion for Preliminary Injunction

///
///
///
///
///
///
///
///
///
///
///
///

Bryan Cave LLP
333 Market Street, 25th Floor
San Francisco, California 94105

C043495/0327670/64980.1

1    The parties respectfully request this Court order the discovery and motion schedule as set

2 forth above.

3                                      Respectfully submitted,

4 Dated:  March 12, 2012              **BRYAN CAVE LLP**

5                                      James Goldberg
                                       Kenneth Lee Marshall
6                                      Mary Gassmann Reichert
                                       Bahareh Mostajelean
7

8                                      By:   /s/ Bahareh Mostajelean

9                                             Bahareh Mostajelean
                                       Attorneys for Plaintiff
10                                     ROSS, SINCLAIRE & ASSOCIATES, LLC

11

12 Dated:  March 5, 2012              **SHEPHERD SMITH EDWARDS & KANTAS, LLP**

13

14                                     By:   /s/ Robert A. Kantas

                                             Robert A. Kantas
15                                     Attorneys for Defendants
                                       PREMIER SENIOR LIVING, LLC; PREMIER
16                                     SENIOR LIVING DELAWARE, LLC; 5690 STATE
                                       BRIDGE, LLC; 8700 LAWYERS, LLC; 460
17                                     MEDLOCK, LLC; 6441 HOLDER, LLC; 2147
                                       DAVIE, LLC; 915 HOOK, LLC; 5835 MEDLOCK
18                                     BRIDGES, LLC; 1049 ANNA KNAPP, LLC; and
                                       1224 VILLAGE CREEK, LLC
19

20

21    I, Bahareh Mostajelean, attest that the content of this document is acceptable to all

22 persons required to sign the document.

23                                            /s/ Bahareh Mostajelean

24

25

26

27

28

*Bryan Cave LLP*
*333 Market Street, 25th Floor*
*San Francisco, California 94105*

3

1    [PROPOSED] ORDER SETTING DISCOVERY AND MOTION SCHEDULE

2    **FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that the Stipulated

3    Discovery Schedule of Plaintiff Ross, Sinclaire & Associates, Inc. ("RSA") and Defendants

4    Premier Senior Living, LLC; Premier Senior Living Delaware, LLC; 5690 State Bridge, LLC;

5    8700 Lawyers, LLC; 460 Medlock, LLC; 6441 Holder, LLC; 2147 Davie, LLC; 915 Hook, LLC;

6    5835 Medlock Bridges, LLC; 1049 Anna Knapp, LLC; and 1224 Village Creek, LLC

7    (collectively, "Defendants") is **GRANTED as modified below**.

8    **IT IS HEREBY ORDERED** that Discovery and Motions may proceed according to the

9    following schedule:

10   - **February 27 – March 23, 2012**:  All depositions completed

11   - **April 13, 2012**:   Last day to file Motion to Compel Arbitration and Motion for

12   Preliminary Injunction

13   - **April 27, 2012**:   Last day to file Oppositions to Motion to Compel Arbitration

14   and Motion for Preliminary Injunction

15   - **May 7, 2012**:   Last day to file Replies in support of Motion to Compel

16   Arbitration and Motion for Preliminary Injunction

17   - **May 21, 2012 at 10:00 a.m.**:   Date for Hearings on Motion to Compel

18   Arbitration and Motion for Preliminary Injunction

19   This Order terminates Dkt. No. 35.

20   **IT IS SO ORDERED.**

21

22

23   Dated:  March 19, 2012

24   _____
     **YVONNE GONZALEZ ROGERS**

25   **United States District Court Judge**

26

27

28

*Bryan Cave LLP*
*333 Market Street, 25th Floor*
*San Francisco, California 94105*

C043495/0327670/64980.1

STIPULATED DISCOVERY SCHEDULE; CASE No. 3:11-cv-05104-YGR-NJV